# UNITED STATES DISTRICT COURT
## District of Minnesota

| | | |
|---|---|---|
| ResCap Liquidating Trust, | **JUDGMENT IN A CIVIL CASE** | |
| Plaintiff, | | |
| v. | Case Number: 16-CV-4070 (SRN/HB) | |
| Primary Residential Mortgage, Inc., | | |
| Defendant. | | |

☐ **Jury Verdict**. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT the plaintiff, ResCap Liquidating Trust, recover from the defendant Primary Residential Mortgage, Inc. the amount of twenty-two million, one thousand, nine and 50/100's dollars ($22,001,009.50).

Date: 4/28/2020

KATE M. FOGARTY, CLERK

s/Susan M. Del Monte
(By) Susan M. Del Monte, Deputy Clerk

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge