UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RESCAP LIQUIDATING TRUST, | Court File No. 16-cv-4070 (SRN/HB) |
| Plaintiff, | |
| v. | ORDER APPROVING BOND AND GRANTING STAY PENDING APPEAL |
| PRIMARY RESIDENTIAL MORTGAGE, INC., | |
| Defendant. | |

Upon consideration of Defendant Primary Residential Mortgage Inc.'s ("PRMI") unopposed motion pursuant to Federal Rule of Civil Procedure 62(b) to approve its appeal bond and to stay execution on the amended judgment pending resolution of PRMI's appeal,

**IT IS HEREBY ORDERED THAT:**

1. PRMI's motion is **GRANTED.**

2. PRMI's appeal bond in the amount of $24,201,301.11 is **APPROVED**.

3. Execution on the amended judgment [Doc. No. 135] and any proceedings to enforce it are hereby **STAYED** pending resolution of PRMI's appeal to the United States Court of Appeals for the Eighth Circuit by issuance of the appellate mandate.

4. PRMI shall file with the Clerk of the Court the executed appeal bond within 5 business days of entry of this order.

Dated: June 1, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge